UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONALD C. HURSTON, | |
|---|---|
| Plaintiff | Case No. 2:14-cv-8181-GJS |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED.

DATED: August 13, 2015

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE